746 A.2d 1003

IN THE MATTER OF WILLIAM C. GASPER,
JR., AN ATTORNEY AT LAW.

March 15, 2000.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *R.* 1:20–3(g) and *R.* 1:20–11, recommending that **WILLIAM C. GASPER, JR.,** of **WHITING** be immediately temporarily suspended from the practice of law;

And the Court having ordered respondent to show cause why he should not be temporarily suspended from practice;

And prior to the return date of the Order to Show Cause, respondent through counsel having consented to his immediate temporary suspension from practice;

And good cause appearing;

It is ORDERED that **WILLIAM C. GASPER, JR.,** is temporarily suspended from the practice of law pending the conclusion of the ethics proceedings against him, and until further Order of this Court, effective immediately; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **WILLIAM C. GASPER, JR.,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **WILLIAM C. GASPER, JR.,** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the Order to Show Cause filed in this matter on March 8, 2000, is discharged.